IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Tureson, Brent E | Case Number: 06 B 15553 |
|---|---|---|
| | Tureson, Angela Marie | Judge: Hollis, Pamela S |
| | Printed: 7/29/08 | Filed: 11/28/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: June 16, 2008
Confirmed: January 29, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 19,800.00 | |
| Secured: | | 17,057.08 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,693.50 |
| Trustee Fee: | | 1,049.42 |
| Other Funds: | | 0.00 |
| Totals: | 19,800.00 | 19,800.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Thomas R Hitchcock | Administrative | 1,693.50 | 1,693.50 |
| 2. | Barclays Capital Real Estate | Secured | 0.00 | 0.00 |
| 3. | EMC Mortgage Corporation | Secured | 7,087.00 | 5,968.00 |
| 4. | Chase Automotive Finance | Secured | 6,152.15 | 4,677.90 |
| 5. | EMC Mortgage Corporation | Secured | 3,577.17 | 835.71 |
| 6. | Barclays Capital Real Estate | Secured | 23,864.48 | 5,575.47 |
| 7. | United States Dept Of Education | Unsecured | 1,537.78 | 0.00 |
| 8. | Household Bank FSB | Unsecured | 3,199.54 | 0.00 |
| 9. | Atlantic Credit & Finance Inc | Unsecured | 799.82 | 0.00 |
| 10. | Thomas R Hitchcock | Priority | | No Claim Filed |
| 11. | AFNI | Unsecured | | No Claim Filed |
| 12. | National Asset Recovery | Unsecured | | No Claim Filed |
| 13. | John Lee Jackson | Unsecured | | No Claim Filed |
| 14. | Southwest Credit Systems | Unsecured | | No Claim Filed |
| 15. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 16. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 17. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 18. | Universal Fidelity Corp | Unsecured | | No Claim Filed |
| 19. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 20. | Citibank USA | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 47,911.44 | $ 18,750.58 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 158.41 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Tureson, Brent E<br>  Tureson, Angela Marie<br>  Printed:  7/29/08 | Case Number:  06 B 15553<br>Judge:  Hollis, Pamela S<br>Filed:  11/28/06 |

                                5.4%                       891.01
                                                            _____
                                                         $ 1,049.42

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                              Marilyn O. Marshall, Trustee, by:

